JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00070 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| JEROME TOY SINCLAIR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through its attorney of record, and defendant, by and through his

attorney of record, hereby stipulate and ask the Court to find as follows:

    1.    A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

May 5, 2009.

    2.    The parties request that this hearing be continued until 9 a.m. on Tuesday, June 2,

2009, in order to provide defendant's counsel with additional time to evaluate the evidence in

this case and determine whether or not defendant should enter a change of plea or file motions

and to prepare for trial in this matter.

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3.      Specifically, defendant's counsel needs the continuance in order to review discovery with defendant, particularly the audio and video recordings produced by the government regarding the alleged controlled purchases of narcotics, investigate the case, and develop a motions and/or trial strategy in light of the discovery.  The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4.      Thus, the parties respectfully request that the Court find that the time period from May 5, 2009, to June 2, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 1, 2009                          ____/s/_____
                                            GARTH HIRE
                                            Assistant United States Attorney

                                            Attorney for United States of America

Dated: May 1, 2009                          ____/s/_____
                                            JOYCE LEAVITT

                                            Attorney for Defendant
                                            Jerome Toy Sinclair

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME            2

1

**ORDER**

2      FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

3      1.      The currently scheduled May 5, 2009, status conference hearing is vacated.  A

4  status conference hearing is now scheduled for 9:00 a.m. on June 2, 2009.

5      2.      The time period from May 5, 2009, to June 2, 2009, is deemed excludable

6  pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by

7  the Court at the defendant's request and on the basis of the Court's finding that the ends of

8  justice served by taking such action outweigh the best interest of the public and the defendant in

9  a speedy trial and because failure to grant the continuance would unreasonably deny defense

10 counsel the time necessary for effective preparation for trial, taking into account due diligence.

11

12 DATED: 5/4/09      _____
                        HONORABLE SAUNDRA BROWN ARMSTRONG
13                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                3