1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612-5217
      Telephone:  (510) 637-3929
7     Facsimile:  (510) 637-3724
      E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 09-00070 SBA
                                    )
14      Plaintiff,                  )   STIPULATION AND ORDER
                                    )   CONTINUING STATUS CONFERENCE
15      v.                          )   AND EXCLUDING TIME
                                    )
16 JEROME TOY SINCLAIR,             )
                                    )
17      Defendants.                 )
                                    )
18

19      Plaintiff, by and through its attorney of record, and defendant, by and through his

20 attorney of record, hereby stipulate and ask the Court to find as follows:

21      1.      A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

22 October 6, 2009.

23      2.      The parties request that this hearing be continued until 9 a.m. on Tuesday,

24 October 20, 2009, in order to provide defendant's counsel with additional time to evaluate the

25 evidence in this case and determine whether or not defendant should enter a change of plea or

26 file motions and to prepare for trial in this matter.

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3. Specifically, defendant's counsel needs the continuance in order to review discovery with defendant, particularly additional discovery to be produced by the government regarding laboratory results, investigate the case, and develop a motions and/or trial strategy in light of the discovery. The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from October 6, 2009, to October 20, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: October 5, 2009

/s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: October 5, 2009

/s/
JOYCE LEAVITT

Attorney for Defendant
Jerome Toy Sinclair

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME        2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled October 6, 2009, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on October 20, 2009.

2. The time period from October 6, 2009, to October 20, 2009, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED: 10/6/09

*Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE