1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Deputy Chief, Criminal Division

4  CHRISTINA M. McCALL (CABN 234139)
   MAUREEN C. ONYEAGBAKO (CABN 238419)
5  Assistant United States Attorneys

6       1301 Clay Street, Suite 340S
        Oakland, CA, 94612
7       Telephone:  (510) 637-3680
        Facsimile:   (510) 637-3724
8       E-mail:    christina.mccall@usdoj.gov
                   maureen.onyeagbako@usdoj.gov
9
   Attorneys for the United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            OAKLAND DIVISION

14 UNITED STATES OF AMERICA,        )   No.  CR 09-00070 SBA
                                    )
15         Plaintiff,                )   STIPULATION AND ORDER TO
                                    )   CONTINUE HEARING AND TO EXCLUDE
16     v.                           )   TIME
                                    )
17 JEROME TOY SINCLAIR              )   Date:  August 14, 2012
     a/k/a "Jerome Sinclair,"       )   Time:  10:00 a.m.
18   a/k/a "Jeromo Toy Sinclair,"   )   Court: Hon. Saundra Brown Armstrong
     a/k/a "Wood,"                  )
19                                  )
           Defendant.                )
20                                  )

21

22      The above-captioned matter was previously set on May 22, 2012, and recently continued

23 to July 3, 2012 before this Court for trial setting.  The parties jointly request that the Court

24 continue the matter to August 14, 2012 at 10:00 a.m. for change of plea and sentencing, and that

25 the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date

26 of this stipulation and August 14, 2012.  The parties expect to submit another stipulation to

27 continue the hearing date once a date in September becomes available due to defense counsel's

28 unavailability on the assigned date, August 14, 2012. The parties have reached a plea agreement

STIP. TO EXCLUDE TIME;
[PROPOSED] ORDER                    1
CR 09-00070 SBA

1  pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) and therefore request that the Court
2  take the proposed plea agreement under submission, as well as refer the matter to the United
3  States Probation Office for a full pre-sentence investigation.
4      The parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G)
5  based on the Court's review and consideration of the proposed plea agreement to be entered into
6  by the defendant and the government. A copy of the proposed plea agreement will be submitted
7  together with the Court's courtesy copy of this stipulation.

Respectfully submitted,

Dated: June 4, 2012                              /s/
                                                 CHRISTINA M. McCALL
                                                 MAUREEN C. ONYEAGBAKO
                                                 Assistant United States Attorneys

Dated: June 4, 2012                              /s/
                                                 CLAIRE LEARY
                                                 Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time from May 30, 2012 to August 14, 2012, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for the Court's review and consideration of the proposed plea agreement.

IT IS SO ORDERED.

Dated: __5/30/12                                 _____
                                                 HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge