UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEROME TOY SINCLAIR,<br>    a/k/a Jerome Sinclair,<br>    a/k/a Jeromo Toy Sinclair,<br>    a/k/a Wood,<br><br>    Defendant(s). | Case No.  CR 09-0070 SBA<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on August 20, 2012, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a.  one black Motorola L7C mobile telephone (DEC 05103990055),

pursuant to Title 21, United States Code, Section 853(a).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website

1  for at least thirty days, notice of this Order, notice of the government's intent to dispose of the
2  property in such manner as the Attorney General may direct and provide notice that any person,
3  other than the defendant, having or claiming a legal interest in the property must file a petition
4  with the Court and serve a copy on government counsel within thirty (30) days of the final
5  publication of notice or of receipt of actual notice, whichever is earlier.

6      IT IS FURTHER ORDERED that, the government may conduct discovery in order to
7  identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of
8  the Federal Rules of Criminal Procedure; and

9      IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the
10  Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of
11  Criminal Procedure 32.2(e).

12      Defendant Jerome Toy Sinclair was sentenced on August 17, 2012. As part of his
13  sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the
14  Judgment and Commitment entered on August 22, 2012.

15      IT IS SO ORDERED this  25th  day of September  2012.

*Saundra B Armstrong*

SAUNDRA B. ARMSTRONG
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE     2
CR 09-0070 SBA