UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEROME TOY SINCLAIR,<br>    a/k/a Jerome Sinclair,<br>    a/k/a Jeromo Toy Sinclair,<br>    a/k/a Wood,<br><br>    Defendant(s). | Case No. CR 09-0070 SBA<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On September 25, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, one Black Motorola L7C mobile telephone (DEC 05103990055), pursuant to Title 21, United States Code, Section 853(a).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 12/13/12

SAUNDRA B. ARMSTRONG
United States District Judge